UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITY OF SOUTHFIELD GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL VISION HOLDINGS, INC., L. READE FAHS, and PATRICK R. MOORE, <br><br> Defendants. | ) Civil Action No. 1:23-cv-00425-VMC <br> ) <br> ) CLASS ACTION <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT CONSENT MOTION FOR LEAD PLAINTIFFS' FILING OF A
SUPPLEMENT TO THE AMENDED COMPLAINT AND AMENDED
SCHEDULING ORDER**

Lead Plaintiffs City of Southfield General Employees' Retirement System ("Southfield") and International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario (collectively, "Plaintiffs") and Defendants National Vision Holdings, Inc., L. Reade Fahs, and Patrick R. Moore (collectively, "Defendants") respectfully submit this Joint Consent Motion for Lead Plaintiffs' Filing of a Supplement to the Amended Complaint and Amended Scheduling Order, and state as follows:

1.     Plaintiffs filed the Amended Complaint for Violations of the Federal Securities Laws on June 30, 2023 ("Amended Complaint").  ECF 46.  Pursuant to the Scheduling Order, Defendants' motion to dismiss is due to be filed on August 14, 2023.  ECF 31.

2.     Plaintiffs intend to file a supplement to the Amended Complaint to add a named plaintiff.  Plaintiffs met and conferred with Defendants, who consented in writing to the filing of a supplement to the Amended Complaint under Rule 15(d) of the Federal Rules of Civil Procedure.

3.     The Parties agree that the most efficient course is for Plaintiffs to file their supplement to the Amended Complaint, and then for Defendants to respond to Plaintiffs' supplemented Amended Complaint.

- 1 -

4. In light of Plaintiffs' forthcoming supplement to the Amended Complaint, counsel for Plaintiffs and Defendants have conferred and agreed to the following schedule, which extends the current August 14, 2023 deadline for Defendants to move to dismiss the Amended Complaint:

(a) Plaintiffs shall file their supplement to the Amended Complaint as soon as reasonably practicable, but no later than August 18, 2023; and

(b) Defendants shall file their motion to dismiss on or before ten (10) days after Plaintiffs file the supplement to the Amended Complaint. Thereafter, Plaintiffs shall file a responsive brief to that motion within 45 days, and Defendants shall file their reply brief within 30 days of Plaintiffs' response.

5. The deadlines set forth in the Scheduling Order governing briefing of Plaintiffs' Amended Complaint have not previously been extended.

6. Plaintiffs and Defendants believe the schedule set forth above will best facilitate the efficient progress of this litigation.

7. Accordingly, Plaintiffs and Defendants hereby jointly and respectfully request that the Court enter the [Proposed] Order granting the schedule set forth in this Joint Consent Motion for Lead Plaintiffs' Filing of a Supplement to the Amended Complaint and Amended Scheduling Order, attached hereto.

- 2 -

DATED:  August 9, 2023

| ROBBINS GELLER RUDMAN & DOWD LLP | KING & SPALDING LLP |
|---|---|

*/s/ Robert J. Robbins*

ROBERT J. ROBBINS
(admitted *pro hac vice*)
KATHLEEN B. DOUGLAS
(admitted *pro hac vice*)
BAILIE L. HEIKKINEN
(admitted *pro hac vice*)
MASON G. ROTH
(admitted *pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
rrobbins@rgrdlaw.com
kdouglas@rgrdlaw.com
bheikkinen@rgrdlaw.com
mroth@rgrdlaw.com

*/s/ B. Warren Pope*

MICHAEL R. SMITH
Georgia Bar No. 661689
B. WARREN POPE
Georgia Bar No. 583723
BETHANY M. REZEK
Georgia Bar No. 553771
BRIAN D. BARNES
Georgia Bar No. 615574
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Telephone:  404/572-4600
404/572-5100 (fax)
mrsmith@kslaw.com
wpope@kslaw.com
brezek@kslaw.com
bbarnes@kslaw.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
Georgia Bar No. 262062
MARY ELLEN CONNER
Georgia Bar No. 195077
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com
maryellenc@johnsonfistel.com

*Counsel for Defendants*

*Lead Counsel for Lead Plaintiffs*

VANOVERBEKE, MICHAUD
   & TIMMONY, P.C.
THOMAS C. MICHAUD
(admitted *pro hac vice*)
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

KOSKIE MINSKY LLP
MARK ZIGLER
20 Queen Street West
Suite 900, Box 52
Toronto, Ontario M5H 3R3
Telephone:  416/977-8353
416/977-3316 (fax)
mzigler@kmlaw.ca

*Additional Counsel*

## **RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with

one of the font and point selections approved by the Court in Local Rule 5.1(C).


*/s/ Robert J. Robbins*
ROBERT J. ROBBINS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of August, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all attorneys of record.

*/s/ Robert J. Robbins*
ROBERT J. ROBBINS
