UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CITY OF SOUTHFIELD GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 1:23-cv-00425-VMC |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| NATIONAL VISION HOLDINGS, INC., L. READE FAHS, and PATRICK R. MOORE, | ) ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER GRANTING JOINT CONSENT MOTION FOR LEAD PLAINTIFFS' FILING OF A SUPPLEMENT TO THE AMENDED COMPLAINT AND AMENDED SCHEDULING ORDER**

This cause having come before the Court on the Joint Consent Motion for Lead Plaintiffs' Filing of a Supplement to the Amended Complaint and Amended Scheduling Order ("Joint Motion") filed by Lead Plaintiffs City of Southfield General Employees' Retirement System and International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario (collectively, "Plaintiffs") and Defendants National Vision Holdings, Inc., L. Reade Fahs, and Patrick R. Moore (collectively, "Defendants"), and good cause to grant the Joint Motion appearing, the Court hereby ORDERS as follows:

1.      The Joint Motion is GRANTED.

2.      The following schedule shall apply to filing and responding to Plaintiffs' Amended Complaint for Violations of the Federal Securities Laws (ECF 46) ("Amended Complaint") and the supplement thereto:

(a)      Plaintiffs shall file their supplement to the Amended Complaint as soon as reasonably practicable, but no later than August 18, 2023; and

- 1 -

- 2 -

(b)    Defendants shall file their motion to dismiss on or before ten (10) days after Plaintiffs file the supplement to the Amended Complaint.  Thereafter, Plaintiffs shall file a response to that motion within 45 days, and Defendants shall file their reply brief within 30 days of Plaintiffs' response.

SO ORDERED this ___ day of August, 2023.

 

The Honorable Victoria Marie Calvert
United States District Judge