UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITY OF SOUTHFIELD GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL VISION HOLDINGS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-425-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of defendants' motion to dismiss the amended complaint, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 1st day of April, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:  /s/Benjamin G. Thurman
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 1, 2024
Kevin P. Weimer
Clerk of Court

By:  /s/Benjamin G. Thurman
       Deputy Clerk